# Exhibit 1

**To Defendant McNeilus Truck and Manufacturing, Inc.'s
Notice of Removal**

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John C. Stein, SBN 39417, James P. Collins, SBN 97266<br>The Boccardo Law Firm, Inc.<br>111 West St. John St., Suite 400<br>San Jose, CA 95113<br>TELEPHONE NO.: 408-298-5678    FAX NO. (Optional): 408-298-7503<br>E-MAIL ADDRESS (Optional): jstein@boccardo.com, jcollins@boccardo.com<br>ATTORNEY FOR (Name): Plaintiff | E-FILED<br>1/14/2019 4:42 PM<br>Clerk of Court<br>Superior Court of CA,<br>County of Santa Clara<br>19CV341544<br>Reviewed By: D Harris |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown Courthouse

PLAINTIFF: Jose Gutierrez, individually, and Delfina Gutierrez, individually

DEFENDANT: McNeilus Truck & Manufacturing, Inc., a corporation

[X] DOES 1 TO 50

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE          [ ] OTHER (specify):
  [ ] Property Damage        [ ] Wrongful Death
  [X] Personal Injury        [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded  [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
      [ ] from limited to unlimited
      [ ] from unlimited to limited

CASE NUMBER: 19CV341544

1. Plaintiff (name or names): Jose Gutierrez, Delfina Gutierrez

   alleges causes of action against defendant (name or names): McNeilus Truck & Manufacturing, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 7
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Legal Solutions Plus

Code of Civil Procedure, § 425.12

| | PLD-PI-001 |
|---|---|
| SHORT TITLE: Gutierrez, et al. v. McNeilus, et al. | CASE NUMBER: |

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name)*: McNeilus Truck & Manufacturing, Inc.

   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   b. ☐ except defendant *(name)*:

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers)*: _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers)*: _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☒ other *(specify)*: Under California Workers' Compensation Law, and specifically California Labor Code Section 3852, plaintiff's claim employer has the right to subrogation of any Workers' Compensation benefits paid to Plaintiff which arises under Labor Code 3852 and his employer Green Team of San Jose, Inc.

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

| | PLD-PI-001 |
|---|---|
| SHORT TITLE: Gutierrez, et al. v. McNeilus, et al. | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☒ Products Liability
    e. ☐ Premises Liability
    f. ☒ Other (specify): Loss of Consortium for his wife, Mrs. Delfina Gutierrez

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage (specify): Plaintiff's claim arises under California Workers' Compensation Law, and specifically California Labor Code 3852. Plaintiff's employer, Green Team of San Jose, or its Workers' Compensation insurer, have the right to subrogation of any Workers' Compensation benefits paid to plaintiff such that any amount that the plaintiff herein recovers from defendants and each of them is subject to the employer's right of reimbursement for compensation already paid, as well as for credit against future compensation paid to plaintiff for the injuries suffered in this action under California Law.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: January 9, 2019

John C. Stein/James P. Collins
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

| | PLD-PI-001(5) |
|---|---|
| SHORT TITLE: Gutierrez, et al. v. McNeilus, et al. | CASE NUMBER: |

<u>First</u>                     CAUSE OF ACTION—Products Liability            Page <u>4</u>
   (number)

ATTACHMENT TO  [X] Complaint  [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: Jose Gutierrez

Prod. L-1. On or about *(date)*: September 29, 2017      plaintiff was injured by the following product:
McNeilus front loading garbage truck

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
[X] used in the manner intended by the defendants.
[X] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[ ] purchaser of the product.          [X] user of the product.
[ ] bystander to the use of the product.  [ ] other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. [X] Count One--Strict liability of the following defendants who
   a. [X] manufactured or assembled the product *(names)*: McNeilus Truck and Manufacturing, Inc.

          [X] Does 1      to 50
   b. [X] designed and manufactured component parts supplied to the manufacturer *(names)*:
McNeilus Truck and Manufacturing, Inc.

          [X] Does 1      to 50
   c. [X] sold the product to the public *(names)*: McNeilus Truck and Manufacturing, Inc.

          [X] Does 1      to 50
Prod. L-5. [X] Count Two--Negligence of the following defendants who owed a duty to plaintiff *(names)*:
McNeilus Truck and Manufacturing, Inc.

          [X] Does 1      to 50
Prod. L-6. [X] Count Three--Breach of warranty by the following defendants *(names)*: McNeilus Truck and Manufacturing, Inc.
          [X] Does 1      to 50
   a. [X] who breached an implied warranty
   b. [X] who breached an express warranty which was
          [X] written  [X] oral

Prod. L-7. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
          [ ] listed in Attachment-Prod. L-7  [X] as follows: unknown at this time

---

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

CAUSE OF ACTION—Products Liability

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure, § 425.12

PLD-PI-001(2)

| SHORT TITLE: Gutierrez, et al. v. McNeilus, et al. | CASE NUMBER: |
|---|---|

Second _____ CAUSE OF ACTION—General Negligence          Page 5 _____
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Jose Gutierrez, Delfina Gutierrez

alleges that defendant *(name)*:  McNeilus Truck & Manufacturing, Inc.

[X] Does 1 _____ to 50 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:  September 29, 2017
at *(place)*:  a parking lot on the corner of Southwest Expressway and Leigh Avenue in San Jose, California.
*(description of reasons for liability)*:

a. Plaintiffs refer to and incorporate herein by this reference all of the allegations of the First Cause of Action (Products Liability) as is set forth in full herein below.

b. At all times herein mentioned, Does 1-50, and each of them, were employees and agents of Defendants, and were acting within the scope of said agency and employment.

c. Plaintiffs Jose Gutierrez and Delfina Gutierrez allege that defendants McNeilus Truck and Manufacturing, Inc. and Does 1 through 50, was the legal proximate cause of damages to the plaintiff. By the following acts and/or omissions, defendant negligently caused the damage to plaintiff on September 29, 2017 at San Jose, California.

d. At all relevant times before and on September 29, 2017, defendants McNeilus Truck and Manufacturing, Inc. and Does 1 through 50, negligently and carelessly designed, manufactured, tested, assembled and placed into commerce a front-end loading garbage truck which by its design was to pick up debris boxes filled with garbage and lift them up and dump the garbage contained in the debris boxes into the bed of the truck, referred to as a hopper, for transport to garbage disposal sites. The garbage truck was designed with two forks designed to insert into the sides of debris boxes in order to lift them up to the top of the truck to empty the debris boxes. The forks contained no securing devices to prevent the debris boxes from slipping off the forks and into the bed of the truck, or hopper. On September 29, 2017 while employees of Green Team San Jose were collecting garbage, they attempted to lift a debris box up to the top of the truck to empty the garbage contained therein. The debris box slipped off of the forks and dropped into the bed of the garbage truck, or hopper. The design of the truck in the operator's manual provided by the manufacturer failed to give any instruction regarding the steps necessary to retrieve a debris box that had slipped off of the front-end loading garbage truck forks. The defendants and each of them designed the front-end loading garbage truck with a ladder at the rear of the truck in order to gain access to the roof of the truck. The defendants and each of them knew or should have known that workmen would use the ladder to gain access to the roof of the truck to perform service. The defendants and each of them failed to provide any fall protection for workmen who gained access to the roof of the truck for the purpose of performing service. No handrails, guardrails, tie off devices, or safety belts were provided with the truck to be used by workmen reasonably expected to gain access to the roof of the truck in order to service the truck. The defendants and each of them knowing full well that workmen would gain access to the roof of the truck and failed to provide adequate training instruction, manuals or any written material providing workmen with information on how to perform service when a debris box falls off the forks of the front-end loading garbage truck into the bed of the truck, or hopper.

Continued on Page 6

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal Solutions Plus

Code of Civil Procedure 425.12

| SHORT TITLE: Gutierrez, et al. v. McNeilus, et al. | CASE NUMBER: |
|---|---|

Continued from Page 5                                                                                          Page 6

e. On September 29, 2017 an employee of Green Team San Jose was on a routine garbage collection route when he picked up a debris box with the forks on the front-end loading garbage truck. The operator of the truck lifted the debris box over the bed, or hopper, of the truck with the purpose of emptying the debris box when the debris box slipped off the forks and fell into the bed, or hopper, of the truck. The Green Team San Jose employees attempted to retrieve the debris box from the bed, or hopper, of the truck by utilizing a hydraulic boom truck (lifting device) to attempt to retrieve the debris box from the bed, or hopper, of the truck. In order to lift the debris box out of the bed of the truck, it was contemplated that a workman, Jose Gutierrez, would go up onto the roof of the truck, gaining access to the roof of the truck by the rear ladder that was designed, manufactured and installed by defendants with the purpose of attaching a chain to the boom truck and the debris box, thereby lifting the debris box out of the bed, or hopper, of the truck. After gaining access to the roof of the truck, Mr. Gutierrez proceeded to the front of the truck with the purpose of attaching a chain to the debris box when he slipped and fell off the roof of the truck approximately 12 to 14 feet to the ground, resulting in severe personal injury to himself.

f. On September 29, 2017, as a result of the negligent design testing, manufacturing, assembly and instructions, or lack of instructions, the front-end garbage truck utilized by Green Team San Jose was defective and unsafe because the debris box was allowed to slip off the forks. The ladder designed to allow access to the roof was an invitation for workmen to gain access to the roof of the truck and the defendants and each of them negligently and carelessly failed to provide any fall protection on the roof of the truck by way of guardrails, handrails or any other means of fall protection.

g. Plaintiff Jose Gutierrez was an employee of Green Team San Jose and pursuant to California Law received Workers' Compensation benefits for the injuries he sustained when he fell off the roof of the truck on September 29, 2017.

h. Pursuant to Labor Code Section 3852, Mr. Gutierrez is empowered to file a lawsuit against any third party who may be responsible for sustaining injury while in the course and scope of his employment. In addition, Green Team of San Jose, his employer, is entitled to seek reimbursement for all Workers' Compensation benefits paid to Mr. Gutierrez by way of its own independent action or by way of intervening in this action to obtain subrogation from the defendants named herein.

*(Required for verified pleading)* The items on this page stated on information and belief *(specify item numbers, not line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with this court.                Page 6

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

Legal Solutions Plus

CRC 201, 501

PLD-PI-001(2)

| SHORT TITLE: Gutierrez, et al. v. McNeilus, et al. | CASE NUMBER. |
|---|---|

__Third__ CAUSE OF ACTION—General Negligence       Page __7__
(number)                                                     ***LOSS OF CONSORTIUM***
ATTACHMENT TO [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Delfina Gutierrez

alleges that defendant *(name)*: McNeilus Truck & Manufacturing, Inc.

[X] Does __1__ to __50__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: September 29, 2017
at *(place)*: a parking lot on the corner of Southwest Expressway and Leigh Avenue in San Jose, California.
*(description of reasons for liability):*

a. Plaintiffs JOSE GUTIERREZ and DELFINA GUTIERREZ incorporate herein by this reference all allegations of the First and Second Causes of Action of this Complaint as though set forth at length.

b. At all times relevant herein, Plaintiffs JOSE GUTIERREZ and DELFINA GUTIERREZ were, and now are, husband and wife.

c. Prior to his injury; Plaintiff DELFINA GUTIERREZ 's spouse, JOSE GUTIERREZ, was able to and did perform his duties as a spouse, act as a companion to his wife and enjoyed many social and physical activities together. Subsequent to his injury, JOSE GUTIERREZ has been unable to perform the work and services usually performed by him in the care, maintenance, and management of their family home and can no longer provide the companionship to his wife and enjoy their social and physical activities that they shared prior to his injury. Further, JOSE GUTIERREZ will be unable to perform such work and services, provide such companionship, and share such social and physical activities with his wife in the future.

d. As a further, direct and proximate result of the negligence and defective design of Defendants' product, and each of them, and the injuries to her spouse, Plaintiff DELFINA GUTIERREZ has been deprived and will continue to be deprived of the consortium of her spouse, all to her damage according to proof at trial.